IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                                                       CASE NO. 1:12-cv-00257-MP-GRJ

$4,625.00 IN UNITED STATES CURRENCY,

    Defendant.
_____/

**<u>DECREE OF FORFEITURE</u>**

This matter is before the Court on the government's Motion for Decree of Forfeiture. (Doc. 11). On November 9, 2012, a Verified Complaint of Forfeiture in Rem against the defendant property, $4,625.00 in United States Currency, was filed on behalf of the Plaintiff, United States of America. The Complaint alleges that the defendant property is forfeitable to the United States of America pursuant to Title 21, United States Code, Section 881(a)(6).

It appears that process was fully issued in this action according to law:

That Notice of Forfeiture Action was published on an official government Internet site, www.forfeiture.gov, for 30 consecutive days beginning December 18, 2012, pursuant to Rule G(4)(a)(iv)(C) of the Supplemental Rules of Admiralty or Maritime Claims and Asset Forfeiture Actions.

On December 13, 2012, Scott Holland, Claimant, was mailed notice of the pending forfeiture action by certified mail at 6926 McBride Court, New Port Richey, Florida 34652.

On March 22, 2013, a Notice of Settlement was filed with the Court, wherein the United States of America agreed to pay $1,625.00 in U.S. Currency to Claimant, Scott Holland, and the parties agreed that the remaining $3,000.00 in U.S. Currency shall be forfeited

to the United States of America in this civil forfeiture action.

No claim has been filed with the court by any other person or entity.

Accordingly, it is hereby,

**ORDERED AND ADJUDGED**:

Defendant property, $3,000.00 in United States Currency, shall be forfeited to the United States of America and no right, title or interest in the property shall exist in any other party. The defendant property shall be disposed of according to law.

**DONE AND ORDERED** this  *28th* day of March, 2013

 *s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge